# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI; ASHTON MURDOCK; and RACHEL MARKUM, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)<br><br>Defendants. | CIVIL ACTION NO.:<br><br>**JURY DEMAND** |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendants,

**Tom Brown's Restaurant at Madison, LLC**
Registered Agent: DAPT Resaurants, LLC
8135 US Highway 72
Madison, AL 35758

**Tom Brown**
122 Cheekwood Drive
Madison, AL 35758

**Ashley Brown**
122 Cheekwood Drive
Madison, AL 35758

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

RESPECTFULLY SUBMITTED,

s/ Daniel Patrick Evans
Daniel Patrick Evans (ASB-3209-R67G)
Attorney for the Plaintiff
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Fax: (205) 870-7763
E-Mail: dpevans@evanslawpc.com