IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | **CIVIL ACTION NO.: 5:22-cv-01600-HNJ** |
| TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually) ) ) ) ) ) | **OPPOSED** |
| **Defendants.** ) ) | **REQUEST FOR ORAL ARGUMENT** |

## MOTION TO COMPEL

Come now the Plaintiffs in the above-styled cause and move this Court for an order compelling Defendants to further respond to the Request for Production of Documents and Interrogatories propounded by Plaintiffs. As grounds therefore, Plaintiffs state as follows:

1. Plaintiffs propounded Requests for Interrogatories and Production of Documents to the Defendants on May 9, 2023.

2. Defendants provided some responses to said requests on July 10, 2023, while posing boilerplate objections to all requests.

3. On August 1, 2023, Plaintiffs' counsel wrote defense counsel outlining the deficiencies in Defendants' July 10th production. (Exhibit 1)

4. On August 15, 2023, Defendants produced more documents but this round of production also contained many substantive deficiencies.

5. On September 6, 2023, Plaintiffs' counsel spoke with defense counsel about the outstanding deficiencies and sent a letter that same day documenting the discussion. (Exhibit 2)

6. Defendants produced verified responses to Plaintiffs' interrogatories and additional documents on September 15, 2023. The documents produced did not fully comply with Plaintiffs' requests.

7. On October 3, 2023, Plaintiffs' counsel again wrote defense counsel outlining the deficiencies and requesting full, substantive responses by Friday, October 13, 2023. (Exhibit 3)  No further production was forthcoming.

8. On Thursday, October 12, 2023, Plaintiffs and defense counsel discussed the ongoing deficiencies and Plaintiffs' need to get the requested documents in light of the scheduling order entered by this Court. No further production was forthcoming.

9. On Monday, October 16, 2023, Plaintiffs' counsel wrote defense counsel regarding dates for 30(b)(6) depositions and reiterated counsel's desire to get the discovery and offering calls and meetings if that would assist in getting responses.

(Exhibit 4)

10. On Monday, October 23, 2023, Plaintiffs' counsel wrote defense counsel again requesting responses to the requests as outlined in her October 3rd letter and which was still outstanding. That letter, while again encouraging the production, stated that if there was no response, a motion to compel would be filed by October 27, 2023. In this letter, Plaintiffs' counsel notified defense counsel that this Court required position statements of each side for each request. As such, Plaintiffs' counsel included each request, response, Plaintiffs' position and a space for Defendants' position with her letter, which was sent via US Mail (Exhibit 5) and by email (Exhibit 6).

11. Plaintiffs' counsel has not heard anything or received any further response since her October 23rd letter.

12. According to this Court's Initial Order (ECF 25), a joint stipulation of the parties is filed with this motion. (Exhibit 7) There is a blank space under Defendants' Position, since they have not responded to Plaintiffs' counsel's request to provide their position to include with this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request this Court, upon consideration of this matter, to enter an Order compelling the Defendants to fully respond to the discovery requested, and for such other further and more general relief

as may be appropriate under these premises.

RESPECTFULLY SUBMITTED,

s/ G. Daniel Evans
G. Daniel Evans
ASB-1661-N76G
 D. Patrick Evans
ASB-3209-R67G
Alexandria Parrish
ASB-2477-D66P
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone:  (205) 870-1970
Facsimile:   (205) 870-7763
dpevans@evanslawpc.com
gdevans@evanslaw.com
ap@evanslawpc.com
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of October, 2023, I electronically filed the foregoing Plaintiffs' Motion to Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel For Defendants Tom Brown's Restaurant at Madison, LLC, Tom Brown, and Ashley Brown:

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
Lanier, Ford, Shaver & Payne, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
E-mail: cgb@lanierford.com

smg@lanierford.com
cmp@lanierford.com
Phone: (256) 535-1100

                                                s/ G. Daniel Evans
                                                G. Daniel Evans