**EXHIBIT 2**



G. Daniel Evans
gdevans@evanslawpc.com

Alexandria Parrish, JD, CPA, MST
ap@evanslawpc.com

Maurine C. Evans
mevans@evanslawpc.com

D. Patrick Evans
dpevans@evanslawpc.com

September 6, 2023

VIA EMAIL: cgb@lanierford.com, smg@lanierford.com, cmp@lanierford.com
AND U.S. MAIL

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
Lanier, Ford, Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35805

      RE:   Celeski, et al v. Tom Brown's Restaurant at Madison, LLC, et. al.
               Case No. 5:22-cv-01600-HNJ

Dear Greg, Stephanie and Christopher:

      Thank you for discussing the outstanding discovery issues in this case with me today. I am sending this letter to document our discussion.

      As an initial matter, we continue to await signed responses to our interrogatories. Additionally, some interrogatory requests have not been fully answered. Deficiencies in these interrogatory responses were outlined in Danny's letter dated August 1, 2023. I understand you expect to have complete, signed interrogatories to us by Friday, September 15, 2023.

      We discussed the fact that all the reports and tax returns produced thus far end around April 2022 and 2022 Q2. You agreed to request all reports and returns through the current date from your client. You also agreed to get reports/Excel spreadsheets run with an end date of April 15, 2022 to enable adequate comparison of data within the reports.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023

We also requested that the sales reports from Cake (D01981-1983) be run by employee. (See D00102 as an example of a payroll report run by employee – we would like this same format for Sales for the periods June 1, 2020- December 31, 2020, January 1, 2021 – December 31, 2021, and January 1, 2022 to April 15, 2022, April 16, 2022 – December 31, 2022, and January 1, 2023 – current date)

We also discussed the fact that the detail in the spreadsheet D02378 seems to contain incorrect data – for example in cell F19 the Start Date for Lexi Andreoni appears as 1/8/2020 and the Pay Week found in cell E19 appears as 2020-31. These facts are inconsistent as January 8, 2020 would be in the second Pay Week of 2020 - not the 31st. Furthermore, the summary tab of this spreadsheet states that the report start date is March 23, 2020. This entry for Lexi is not the only inconsistent date in the file. In fact, there are 243 start dates prior to March 23, 2020 in this spreadsheet. You agreed to get the client to rerun this report.

Additionally, Stephanie agreed to investigate what the asterisk beside an employee's name means (D02378). The following employees do not have an asterisk beside their name: Carter, Andante; Westrope, Danielle; Hernandez, Elizabeth; Lewis, Alaina; Steingass, Rob; Linch, Katheryn; Michelbach, Brooklyn; Schultz, Nathaniel; Stahl, Amy.

We also discussed outstanding document production. The following is a synopsis of the documents that are still deficient:

**Request 2.** For each of the individuals who worked at Tom Brown's as a tip-credit employee on or after March 23, 2020, produce their employment file, payroll records, and close-out statements for the dates of their employment.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023

> **DEFICIENCY:** Please produce all close-out statements for all tip-credit employees. Tom Brown's employee handbook states that "[a]t the end of each shift, tipped employees must disclose on the Server Check-Out form, the amount of cash tips less any other employees." (D00305, D00259) Please produce the documents requested.

**Request 7.** Identify the app and/or any other communication tool used by the Defendants to communicate with employees during the class period of March 23, 2020 to date and produce copies of any text messages, emails, or app communications with any of the individuals you were requested to identify in paragraph 1 above.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, Defendants state that Tom Brown's utilizes the "7Shifts" app. Defendants are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **Supplemental Response on August 15, 2023:** With respect to request number 7, defendants have supplemented their response and produced responsive documents. Additionally, it is my understanding that defendants have requested a copy of all 7Shifts communications from 7Shifts, but have not yet received any responsive documents. We will continue to monitor and keep you updated.
>
> **DEFICIENCY:** Only a few pages have been produced from the 7Shifts app. You have told us that your client has requested these documents and you will produce them as soon as you receive them. We await your update.

**Request 11.** Produce copies of any and all documents, emails, or reports transmitted to or received from the Department of Labor concerning your employee practices at any time since March 23, 2020 to date.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023

discovery, pursuant to rule 33(d) of the Federal Rules of Civil Procedure, defendants will produce non-objectionable materials from which an answer to this interrogatory may be ascertained to the extent any responsive materials exist.

**You have told us that your client has produced all the documents in their possession regarding this request.**

**Request 13.** Produce copies of your quarterly payroll tax returns for the period of March 23, 2020 to date.

**RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.

**DEFICIENCY:** Payroll tax returns for the period 2021 Q2 to 2022 Q2 have been produced. (D02135-D02178) Payroll tax returns for 2022 Q3 to present have not been produced. You are asking your client for these. We await your update.

**Request 15.** Produce copies of the pay stubs for all the individuals employed by you since March 23, 2020 to date as pertains to the individuals you have been requested to identify in paragraph 1.

**RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections and reserving the right to supplement this answer upon further discovery, defendants state that they are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.

**DEFICIENCY:** No pay stubs have been produced. No supplement has been made. Tom Brown's employee handbook states that "Paychecks are available at the Restaurant on the 1st and 15th of every month between the hours of 2pm-4pm" (D00305, D00259) "Paychecks are available via direct deposit or at the

4

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023

Restaurant on the 1st and 15th of every month between the hours of 2pm-4pm" (D00213) Please produce copies of paychecks or direct deposits as requested. Again, these are well past due even after the extended time allowed for your responses.

**Request 17.** Produce copies of any Excel spreadsheets or other documents used to calculate payout to tip-based employees for a period between March 23, 2020 to date.

**RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.

**DEFICIENCY:** Nothing responsive to this request has been produced. Please produce the documents as requested. Again, these are well past due even after the extended time allowed for your responses.

**Request 19.** Produce copies of any payroll reports, sale tax reports, tips and cash reports generated by your point-of-sale software for the time frame from March 23, 2020 to date.

**RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.

**DEFICIENCY:** The Excel worksheets responsive to this request do not have the same period end dates and some of the transaction detail does not make sense. You are asking your client for these updated reports as detailed in the narrative above.

**Request 20.** Produce copies of all clock-in and -out reports including the overtime calculation for employees that you have been requested to identify in paragraph 1

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023

for the time frame from March 23, 2020 to date, including the time sheets for those individuals.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** The Excel worksheets responsive to this request do not have the same period end dates and some of the transaction detail does not make sense. You are asking your client for these updated reports as detailed in the narrative above.

**Request 21.** Produce copies of any and all pay stubs generated by you, ADP or others for the employees you have been requested to identify in paragraph 1 for the time frame from March 23, 2020 to date.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** (See Request #15) No pay stubs have been produced. No supplement has been made. Tom Brown's employee handbook states that "Paychecks are available at the Restaurant on the 1st and 15th of every month between the hours of 2pm-4pm" (D00305, D00259) "Paychecks are available via direct deposit or at the Restaurant on the 1st and 15th of every month between the hours of 2pm-4pm" (D00213) Please produce copies of paychecks or direct deposits as requested. Again, these are well past due even after the extended time allowed for your responses.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
September 6, 2023


Please let us have your supplemental responses to resolve the deficiencies indicated above within the next 14 days. These are now well past due. If you have any questions about our concerns, we are available to meet and confer. I look forward to hearing from you.

Sincerely yours,

Alexandria Parrish