**EXHIBIT 3**



G. Daniel Evans
gdevans@evanslawpc.com

Alexandria Parrish, JD, CPA, MST
ap@evanslawpc.com

Maurine C. Evans
mevans@evanslawpc.com

D. Patrick Evans
dpevans@evanslawpc.com

October 3, 2023

VIA EMAIL: cgb@lanierford.com, smg@lanierford.com, cmp@lanierford.com
AND U.S. MAIL

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
Lanier, Ford, Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35805

    RE:    Celeski, et al v. Tom Brown's Restaurant at Madison, LLC, et. al.
                  Case No. 5:22-cv-01600-HNJ

Dear Greg, Stephanie and Christopher:

       We received your supplemental discovery responses on September 15, 2023 which included several Form 941 statements and paystubs for some employees dated June 1, 2020 to April 29, 2022. This production, while appreciated, is still deficient. We have requested paystubs through the current date. As such, this portion of the current production continues to be deficient.

       Furthermore, on September 6, 2023 we had a long telephone call in which we discussed the fact that several of the excel reports that were previously produced contained inaccurate details. You agreed to try and rerun these reports and produce reports through the current date. You also agreed to get reports/Excel spreadsheets run with an end date of April 15, 2022 to enable comparison of data within the reports.

1736 Oxmoor Road, Suite 101, Birmingham (Homewood), Alabama 35209
Telephone: (205) 870-1970 • Fax: (205) 870-7763 • Toll Free: 1-866-801-9599
Website: www.evanslawpc.com

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

We also requested that the sales reports from Cake (D01981-1983) be run by employee. (See D00102 as an example of a payroll report run by employee – we would like this same format for Sales for the periods June 1, 2020- December 31, 2020, January 1, 2021 – December 31, 2021, and January 1, 2022 to April 15, 2022, April 16, 2022 – December 31, 2022, and January 1, 2023 – current date)

We also discussed the fact that the detail in the spreadsheet D02378 seems to contain incorrect data – for example in cell F19 the Start Date for Lexi Andreoni appears as 1/8/2020 and the Pay Week found in cell E19 appears as 2020-31. These facts are inconsistent as January 8, 2020 would be in the second Pay Week of 2020 - not the 31st. Furthermore, the summary tab of this spreadsheet states that the report start date is March 23, 2020. This entry for Lexi is not the only inconsistent date in the file. In fact, there are 243 start dates prior to March 23, 2020 in this spreadsheet. You agreed to get the client to rerun this report.

Additionally, Stephanie agreed to investigate what the asterisk beside an employee's name means (D02378). The following employees do not have an asterisk beside their name: Carter, Andante; Westrope, Danielle; Hernandez, Elizabeth; Lewis, Alaina; Steingass, Rob; Linch, Katheryn; Michelbach, Brooklyn; Schultz, Nathaniel; Stahl, Amy.

Please provide substantive responses to the issues we discussed back in September as well as the documents that are still deficient:

**Request 2.** For each of the individuals who worked at Tom Brown's as a tip-credit employee on or after March 23, 2020, produce their employment file, payroll records, and close-out statements for the dates of their employment.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request. Specifically, defendants direct plaintiffs' attention to the employee personnel files, which were previously produced and Bates-labeled D00001 through D00081, inclusive; and D00191 through D01786, inclusive.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

**DEFICIENCY:** Please produce all close-out statements for all tip-credit employees.

The documents you directed our attention to (D00001-D00081 and D00191-D01786 inclusive) do not contain close-out statements.

Rather, D0001-D0081 contains the employment application and related documents for Justin Celeski (D0001-D00019), Ashton Mudock (D00020-D00040), Ashlee Henthorne (D00041-D00061), Rachel Markum (D00062-D00081)

Documents bates stamped D00191-D01786 contain the following:

    D00191-236- Employee Handbook June 11, 2023 (request #27)
    D00237-282 - Employee Handbook November 17, 2021 (request #27)
    D00283-328 - Employee Handbook May 9, 2020 (request #27)

    D00329-446 - Unsigned Department of Labor Receipt for Payment of Back Wages for the following employees:

> Lexi Andreoni, Stephen Atkinson, Trey Bailey, Demetrius Baker, Amleigh Bippen, Niccollete Cantrelle, Adante Carter, Justin Celeski, Lauralin Chaffin, Matilin Chaffin, Maggie Collins, Charles Crayton, Jasmine Douglas, Tashon Edgecomb, Hannah Enright, Caleab Farley, Brandi Furr, Amleigh Bippen, Asia Gipson, Briley Haggard, Daniel Hancock, Ashlee Henthorne, Elizabeth Hernandez, Erica Horvath, Isabelle Hudson, Lindsay Kerr Alaina Lewis, Kathryn Linch, Andrienne Malone, Rachel Markum, Leah Marshall, Adrian Martinez, Brittany Martinez, Jaycee May, McKenzie McGee, Cullen McKeever, Brooklyn Michelbach, Danielle Moore, Ashton Murdock, Scott Nelson, Carson Pearce, Ryan Peavey, Courtney Phillips, Kerri Rantala, Brittany Rivera, Julia Rosedranz, Camila Salazar, Anthony Sanchez, Nathaniel Schultz, Dasha Shaw, Amy Stahl, Robert Steingass, Athea Vela, Danielle Westrope, Brooke Williams, Kati Wilson, Abby Woods, Tessa Woods

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

> D00447-D01786 contains the employment application and related documents for the following employees:
>
> Lexi Andreoni (D00447-D00481), Stephen Atkinson (D00482-D00505), Trey Bailey (D00506-D00534), Demetrius Baker (D00535-D00560), Amleigh Bippen (D00561-D00573), Niccollete Cantrelle (D00574-D00591), Adante Carter (D00592-D00622), Justin Celeski (D00623-D00643), Lauralin Chaffin (D00644-D00685), Matilin Chaffin (D00686-D00699), Maggie Collins (D00700-D00715), Charles Crayton (D00716-D00735), Jasmine Douglas (D00736-D00751), Tashon Edgecomb (D00752-D00779), Hannah Enright (D00780-D00792), Caleab Farley (D00793-D00804), Brandi Furr (D00805-D00825), Athea Gales (D00826-D00844), Emily Gantt (D00845-D00857), Asia Gipson (D00858-D00882), Briley Haggard (D00883-D00911), Daniel Hancock (D00912-D00928), Ashlee Henthorne (D00929-D00949), Caleb Farlay (D00950), Elizabeth Hernandez (D00951-D00980), Erica Horvath, (D00981-D01002), Isabelle Hudson (D01003-D01030), Christa Hunter (D01031-D01044), Alaina Lewis (D01045-D01074), Kathryn Linch (D01075-D01110), Rachel Markum (D01111-D01128), Leah Marshall (D01129-D01157), Adrian Martinez (D01158-D01183), Brittany Martinez (D01184-D01205), Jaycee May (D01206-D01231), McKenzie McGee (D01232-D01246), Cullen McKeever (D01247-D01264), Brooklyn Michelbach (D01265-D01300), Danielle Moore (D01301-D01315), Ashton Murdock (D01316-D01335), Scott Nelson (D01336-D01364), Carson Pearce (D01365-D01379), Ryan Peavey (D01380-D01421), Courtney Phillips (D01422-D01444), Kerri Rantala (D01445-D01455), Brittany Rivera (D01456-D01490), Julia Rosedranz (D01491-D01517), Camila Salazar (D01518-D01546), Anthony Sanchez (D01547-D01567), Nathaniel Schultz (D01568-D01597), Dasha Shaw (D01598-D01624), Amy Stahl (D01625-D01646), Robert Steingass (D01647-D01676), Danielle Westrope (D01677-

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

> D01704), Brooke Williams(D01705-D01730), Kati Wilson (D01731-D01745), Abby Woods (D01746-D01758), Tessa Woods(D01759-D01786),

Tom Brown's employee handbook states that "[a]t the end of each shift, tipped employees must disclose on the Server Check-Out form, the amount of cash tips less any other employees." (D00305, D00259) Please produce the documents requested. These are well past due even after the extended time allowed for your responses.

**Request 7.** Identify the app and/or any other communication tool used by the Defendants to communicate with employees during the class period of March 23, 2020 to date and produce copies of any text messages, emails, or app communications with any of the individuals you were requested to identify in paragraph 1 above.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, Defendants state that Tom Brown's utilizes the "7Shifts" app. Defendants are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **Supplemental Response on August 15, 2023:** With respect to request number 7, defendants have supplemented their response and produced responsive documents. Additionally, it is my understanding that defendants have requested a copy of all 7Shifts communications from 7Shifts, but have not yet received any responsive documents. We will continue to monitor and keep you updated.
>
> **DEFICIENCY:** Only a few pages have been produced from the 7Shifts app. You have told us that your client has requested these documents and you will produce them as soon as you receive them. We continue to await your update.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

**Request Number 12:** Produce copies of the W-2 statements for all the individuals who were employed by you as tip credit employees at any time since March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:...** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** W-2s for Kati Wilson (2020) and Daniel(le) Hancock (2020) need to be produced.

**Request 14.** Produce copies of any reports generated by CAKE or other POS systems used by you for the check-in and -out time of your employee during the time frame of March 23, 2020 to date as pertains to the individuals you have been requested to identify in paragraph 1.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Defendants object to this request to the extent that it is overly broad, unduly burdensome or expensive, and seeks information or materials in excessive detail. Defendants object to this request to the extent that it is not reasonably limited as to time and scope.
>
> Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **DEFICIENCY:** As discussed in our telephone call on September 6, 2023 and detailed above, the reports previously produced contain inaccurate information and reports from April 2022 to the present have not been produced. Please produce these reports as requested. Again, these are well past due even after the extended time allowed for your responses.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

**Request 15.** Produce copies of the pay stubs for all the individuals employed by you since March 23, 2020 to date as pertains to the individuals you have been requested to identify in paragraph 1.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections and reserving the right to supplement this answer upon further discovery, defendants state that they are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **DEFICIENCY:** Paystubs from April 2022 to the present have not been produced. Also, paystubs for Danielle J Moore (2020) need to be produced. Please produce copies of paychecks or direct deposits as requested. Again, these are well past due even after the extended time allowed for your responses.

**Request 17.** Produce copies of any Excel spreadsheets or other documents used to calculate payout to tip-based employees for a period between March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** Nothing responsive to this request has been produced. Please state that there are no documents relating to this request if there are none. If you have documents responsive to this request, please produce them. Again, these are well past due even after the extended time allowed for your responses.

7

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

**Request 19.** Produce copies of any payroll reports, sale tax reports, tips and cash reports generated by your point-of-sale software for the time frame from March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request. Defendants also direct plaintiffs' attention to documents previously produced and Bates labeled D00095 through D00107, inclusive; D01973 through D01983, inclusive; D02195 through D02202, inclusive; D02204 through D02206, inclusive; and D02378.
>
> **DEFICIENCY:** The Excel worksheets responsive to this request do not have the same period end dates and some of the transaction detail does not make sense. Despite our long discussion on September 6, 2023, regarding the inconsistencies in these reports, no other documents have been produced. Additionally, these reports do not include the dates requested as all the reports end in April 2022 rather than the present date. Please produce the reports as requested.

**Request 20.** Produce copies of all clock-in and -out reports including the overtime calculation for employees that you have been requested to identify in paragraph 1 for the time frame from March 23, 2020 to date, including the time sheets for those individuals.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** As discussed in #19 above, please produce these reports.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

**Request 21.** Produce copies of any and all pay stubs generated by you, ADP or others for the employees you have been requested to identify in paragraph 1 for the time frame from March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **DEFICIENCY:** (See Request #15) Paystubs from April 2022 to the present have not been produced. Please produce copies of paychecks or direct deposits as requested. Again, these are well past due even after the extended time allowed for your responses.

**Request Number 26:** Identify by name and title the person(s) that would testify to Defendants' twenty-second affirmative defense: "Any tip pool by servers of Tom Brown's was a valid tip pool under 29 U.S.C. § 203(m)" and produce all documents supporting such claim.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they expect employees and managers of Tom Brown's will testify that Tom Brown's has a valid tip pool.
>
> **DEFICIENCY:** This response does not identify by name and title the person. Please answer the question as worded. Additionally, no documents have been identified to support this claim. Please identify all documents (by Bates number) that you believe support this claim. If none have been produced, please produce them.

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 3, 2023

    We anticipate supplemental responses to resolve the deficiencies within the next ten (10) days, as they are well past due. If you have any questions about our concerns, we are available to meet and confer. If we do not receive substantive responses by Friday, October 13, 2023, we will need to seek assistance from the court in light of the scheduling. I look forward to hearing from you.

                                      Sincerely yours,

                                      Alexandria Parrish