Exhibit 4

# The EVANS LAW FIRM P.C.

G. Daniel Evans
gdevans@evanslawpc.com

Alexandria Parrish, JD, CPA, MST
ap@evanslawpc.com

Maurine C. Evans
mevans@evanslawpc.com

D. Patrick Evans
dpevans@evanslawpc.com

October 16, 2023

VIA EMAIL: cgb@lanierford.com

C. Gregory Burgess, Esq.
Lanier, Ford, Shaver & Payne, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805

RE: Celeski, et al v. Tom Brown's Restaurant at Madison, LLC, et al
Case No. 5:22-cv-01600-HNJ

Dear Greg:

Please find enclosed a draft notice of deposition for your 30(b)(6) representative. I wanted to get this to you so you could review the topics in order to determine who the deponent or deponents might be and then provide me some dates for that.

On another topic, I know Alexandria has written you a few times and also has had several conversations with your office about the document production. It seems to be an ongoing issue and I would appreciate you and your team getting very involved with the client to determine what documents are either outstanding or do not exist. We have no desire to file needless motions or take up any of the court's time, but it appears there are big gaps in what we would expect to be available documents. If, on the other hand, those simply do not exist, please state so clearly and we can move on. Of course, if further conversation or conference calls would help in nailing this down, we remain available to do that in hopes of resolving these issues quickly. The schedule that is in place, however, gives us little time to delay, so I would appreciate your attention to these matters as soon as possible.

Sincerely yours,

G. Daniel Evans

GDE/jbi
Enclosure
cc:   Stephanie M. Gushlaw, Esq. - smg@lanierford.com
      Christopher M. Pape, Esq.- cmp@lanierford.com