FILED
2023 Oct-27 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 5**



G. Daniel Evans
gdevans@evanslawpc.com

Alexandria Parrish, JD, CPA, MST
ap@evanslawpc.com

Maurine C. Evans
mevans@evanslawpc.com

D. Patrick Evans
dpevans@evanslawpc.com

October 23, 2023

VIA EMAIL: cgb@lanierford.com, smg@lanierford.com, cmp@lanierford.com
AND U.S. MAIL

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
Lanier, Ford, Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35805

      RE:   Celeski, et al v. Tom Brown's Restaurant at Madison, LLC, et. al.
              Case No. 5:22-cv-01600-HNJ

Dear Greg, Stephanie and Christopher:

    Since we have not received substantive responses to the deficiencies outlined in my letter dated October 3, 2023, I anticipate filing a motion to compel this Friday, October 27th. Of course, we would rather have the discovery requested than burden the Court with this, but the timelines are closing in and we need the answers and documents to prepare for upcoming depositions.

    According to the Court's Initial Order (ECF 25), the Court requires that both sides state their position on each request/response. As such, I am including the request and response verbatim and have listed Plaintiffs' position and included a section for you to state Defendants' position.

1736 Oxmoor Road, Suite 101, Birmingham (Homewood), Alabama 35209
Telephone: (205) 870-1970 • Fax: (205) 870-7763 • Toll Free: 1-866-801-9599
Website: www.evanslawpc.com

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Christopher M. Pape, Esq.
October 23, 2023

    Please include your position regarding each request and return it to me by close of business (5pm) this Thursday, October 26th, so that I can include your position with the motion. As always, if you have any questions, please call.

Sincerely yours,

*Alexandria Parrish*

Alexandria Parrish

Enclosure

**Request 2.** For each of the individuals who worked at Tom Brown's as a tip-credit employee on or after March 23, 2020, produce their employment file, payroll records, and close-out statements for the dates of their employment.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request. Specifically, defendants direct plaintiffs' attention to the employee personnel files, which were previously produced and Bates-labeled D00001 through D00081, inclusive; and D00191 through D01786, inclusive.
>
> **Plaintiff's Position:** Please produce all close-out statements for all tip-credit employees.
>
> The documents you directed our attention to (D00001-D00081 and D00191-D01786 inclusive) <u>do not contain close-out statements</u>.
>
> Tom Brown's employee handbook states that "[a]t the end of each shift, tipped employees must disclose on the Server Check-Out form, the amount of cash tips less any other employees." (D00305, D00259) Please produce the documents requested.
>
> **Defendants' Position:**

**Request 7.** Identify the app and/or any other communication tool used by the Defendants to communicate with employees during the class period of March 23, 2020 to date and produce copies of any text messages, emails, or app communications with any of the individuals you were requested to identify in paragraph 1 above.

> **RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, Defendants state that Tom Brown's utilizes the "7Shifts" app. Defendants are in the process of compiling non-objectionable materials that

are reasonably responsive to this request and will supplement their production with same as soon as practicable.

**Supplemental Response on August 15, 2023:** With respect to request number 7, defendants have supplemented their response and produced responsive documents. Additionally, it is my understanding that defendants have requested a copy of all 7Shifts communications from 7Shifts, but have not yet received any responsive documents. We will continue to monitor and keep you updated.

**Plaintiff's Position:** Only a few pages have been produced from the 7Shifts app. Defendants have told us that they have requested these documents and that they will produce them as soon as they receive them. We continue to wait for these documents.

**Defendants' Position:**

**Request Number 12:** Produce copies of the W-2 statements for all the individuals who were employed by you as tip credit employees at any time since March 23, 2020 to date.

**SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:…** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.

**Plaintiff's Position:** W-2s for Kati Wilson (2020) and Daniel(le) Hancock (2020) need to be produced.

**Defendants' Position:**

**Request 14.** Produce copies of any reports generated by CAKE or other POS systems used by you for the check-in and -out time of your employee during the time frame of March 23, 2020 to date as pertains to the individuals you have been requested to identify in paragraph 1.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Defendants object to this request to the extent that it is overly broad, unduly burdensome or expensive, and seeks information or materials in excessive detail. Defendants object to this request to the extent that it is not reasonably limited as to time and scope.
>
> Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **Plaintiff's Position:** Reports from April 2022 to the present have not been produced. Please produce these reports as requested.
>
> **Defendants' Position:**

**Request 15.** Produce copies of the pay stubs for all the individuals employed by you since March 23, 2020 to date as pertains to the individuals you have been requested to identify in paragraph 1.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections and reserving the right to supplement this answer upon further discovery, defendants state that they are in the process of compiling non-objectionable materials that are reasonably responsive to this request and will supplement their production with same as soon as practicable.
>
> **Plaintiff's Position:** Paystubs from April 2022 to the present have not been produced. Also, paystubs for Danielle J Moore (2020) need to be produced. Please produce copies of paychecks or direct deposits as requested.

**Request 17.** Produce copies of any Excel spreadsheets or other documents used to calculate payout to tip-based employees for a period between March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
> **Plaintiff's Position:** Nothing responsive to this request has been produced. Please state that there are no documents relating to this request if there are none. If you have documents responsive to this request, please produce them.
>
> **Defendants' Position:**

**Request 19.** Produce copies of any payroll reports, sale tax reports, tips and cash reports generated by your point-of-sale software for the time frame from March 23, 2020 to date.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request. Defendants also direct plaintiffs' attention to documents previously produced and Bates labeled D00095 through D00107, inclusive; D01973 through D01983, inclusive; D02195 through D02202, inclusive; D02204 through D02206, inclusive; and D02378.
>
> **Plaintiff's Position:** All the produced reports end in April 2022 rather than the present date. Please produce the reports as requested.
>
> **Defendants' Position:**

**Request 20.** Produce copies of all clock-in and -out reports including the overtime calculation for employees that you have been requested to identify in paragraph 1 for the time frame from March 23, 2020 to date, including the time sheets for those individuals.

>**SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
>**Plaintiff's Position:** As discussed in #19 above, please produce these reports.
>
>**Defendants' Position:**

**Request 21.** Produce copies of any and all pay stubs generated by you, ADP or others for the employees you have been requested to identify in paragraph 1 for the time frame from March 23, 2020 to date.

>**SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they will produce non-objectionable materials, to the extent they are in their custody, possession, or control, that are reasonably responsive to this request.
>
>**Plaintiff's Position:** (See Request #15) Paystubs from April 2022 to the present have not been produced. Please produce copies of paychecks or direct deposits as requested.
>
>**Defendants' Position:**

**Request Number 26:** Identify by name and title the person(s) that would testify to Defendants' twenty-second affirmative defense: "Any tip pool by servers of Tom Brown's was a valid tip pool under 29 U.S.C. § 203(m)" and produce all documents supporting such claim.

> **SUPPLEMENTAL RESPONSE Tom Brown's Restaurant:** Without waiving the foregoing objections, and reserving the right to supplement this answer upon further discovery, defendants state that they expect employees and managers of Tom Brown's will testify that Tom Brown's has a valid tip pool.
>
> **Plaintiff's Position:** This response does not identify by name and title the person. Please answer the question as worded. Additionally, no documents have been identified to support this claim. Please identify all documents (by Bates number) that you believe support this claim. If none have been produced, please produce them.
>
> **Defendants' Position:**