# EXHIBIT 6

**Alexandria Parrish**

---

| | |
|---|---|
| **From:** | Janet Ives |
| **Sent:** | Monday, October 23, 2023 5:03 PM |
| **To:** | Greg Burgess; smg@lanierford.com; Chris M. Pape |
| **Cc:** | Alexandria Parrish; Patrick Evans; Danny Evans |
| **Subject:** | Celeski, et al v. Tom Brown's |
| **Attachments:** | Burgess re Discovery Deficiencies - 10 23 23.pdf; Plaintiff's MTC - position statement.docx |

All, please see attached.

Sincerely,


*Janet B. Ives*
Legal Assistant
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama  35209
PHONE:  205-870-1970
FAX     :  205-870-7763
http://www.evanslawpc.com



The Evans
LAW FIRM P.C.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.   IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR
AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (205) 870-1970 AND/OR RETURN E-MAIL.   THANK YOU