# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 5:22-cv-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiffs filed a motion to compel. (Doc. 29). The court **ORDERS** Defendants to respond to the motion within fourteen (14) days of the date of this order. Plaintiffs must file any reply within seven (7) days of Defendants' response.

**DONE** and **ORDERED** this 30th day of October, 2023.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE