FILED
2023 Nov-13 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**From:** Greg Burgess <CGB@LanierFord.com>
**Sent:** Wednesday, June 7, 2023 3:41 PM
**To:** Danny Evans <gdevans@evanslawpc.com>
**Cc:** Patrick Evans <dpevans@evanslawpc.com>; Stephanie M. Hall <smh@lanierford.com>; Kathy DiGiorgio <KDiGiorgio@LanierFord.com>; Lacey Miller <LMiller@LanierFord.com>
**Subject:** Re: [EXTERNAL] RE: Celeski v. Tom Brown's Reataurant

I appreciate the accommodation, Danny, and am happy to return the favor.

C. Gregory Burgess
**LANIER FORD**
2101 West Clinton Avenue, Suite 102 (35805)
Post Office Box 2087 | Huntsville, Alabama 35804-2087
Main: (256) 535-1100 | Facsimile: (256) 533-9322
E-mail: cgb@lanierford.com
Website: www.lanierford.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.

> On Jun 7, 2023, at 3:22 PM, Danny Evans <gdevans@evanslawpc.com> wrote:
>
> I have no problem with 30 days if the other deadlines are extended.
>
>> **From:** Greg Burgess <CGB@LanierFord.com>
>> **Sent:** Wednesday, June 7, 2023 3:20 PM
>> **To:** Danny Evans <gdevans@evanslawpc.com>
>> **Cc:** Patrick Evans <dpevans@evanslawpc.com>; Stephanie M. Hall <smh@lanierford.com>; Kathy DiGiorgio <KDiGiorgio@LanierFord.com>; Lacey Miller <LMiller@LanierFord.com>
>> **Subject:** Re: [EXTERNAL] RE: Celeski v. Tom Brown's Reataurant
>>
>> Thanks, Danny. Our problem is we have trial in federal court next week and I am out of town the following week. I would prefer to extend the other deadlines if possible, either by agreement or formally through the Court if necessary. We are just in a jam on scheduling with this and other cases over the next few weeks.
>>
>> C. Gregory Burgess
>> **LANIER FORD**
>> 2101 West Clinton Avenue, Suite 102 (35805)
>> Post Office Box 2087 | Huntsville, Alabama 35804-2087
>> Main: (256) 535-1100 | Facsimile: (256) 533-9322
>> E-mail: cgb@lanierford.com
>> Website: www.lanierford.com
>>
>> The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.
>>
>> Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.
>>
>>> On Jun 7, 2023, at 3:14 PM, Danny Evans <gdevans@evanslawpc.com> wrote:
>>>
>>> How about 14? Will that work for you? We have some deadlines coming pretty quick..
>>>
>>>> **From:** Greg Burgess <CGB@LanierFord.com>
>>>> **Sent:** Wednesday, June 7, 2023 3:10 PM
>>>> **To:** Danny Evans <gdevans@evanslawpc.com>; Patrick Evans <dpevans@evanslawpc.com>
>>>> **Cc:** Stephanie M. Hall <smh@lanierford.com>; Kathy DiGiorgio

<KDiGiorgio@LanierFord.com>; Lacey Miller <LMiller@LanierFord.com>
**Subject:** Celeski v. Tom Brown's Reataurant

Danny and Patrick:

    We need more time to respond to plaintiffs' discovery requests, including the interrogatories, request for production, and request for admissions, due to multiple conflicts. Do you object to an additional 30 days?

Greg

C. Gregory Burgess
**LANIER FORD**
2101 West Clinton Avenue, Suite 102 (35805)
Post Office Box 2087 | Huntsville, Alabama 35804-2087
Main: (256) 535-1100 | Facsimile: (256) 533-9322
E-mail: cgb@lanierford.com
Website: www.lanierford.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.