# EXHIBIT B

| | |
|---|---|
| **From:** | Greg Burgess |
| **Sent:** | Friday, July 7, 2023 3:48 PM |
| **To:** | Danny Evans; Patrick Evans |
| **Cc:** | Stephanie M. Hall; Kathy DiGiorgio; Lacey Miller; Alexandria Parrish; Janet Ives |
| **Subject:** | RE: [EXTERNAL] RE: Celeski v. Tom Brown's Reataurant |

I expect there could be documents/reports with personal identifiers for non-plaintiffs. I expect our document production to be rolling but did not want to hold anything up unnecessarily. If you have concerns, I will work on the protective order first.

C. Gregory Burgess
**LANIER FORD**
2101 West Clinton Avenue, Suite 102(35805)
Post Office Box 2087 | Huntsville, Alabama 35804-2087
Main: (256) 535-1100 | Facsimile: (256) 533-9322
E-mail:cgb@lanierford.com
Website:www.lanierford.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.

---

**From:** Danny Evans <gdevans@evanslawpc.com>
**Sent:** Friday, July 7, 2023 3:45 PM
**To:** Greg Burgess <CGB@LanierFord.com>; Patrick Evans <dpevans@evanslawpc.com>
**Cc:** Stephanie M. Hall <smh@lanierford.com>; Kathy DiGiorgio <KDiGiorgio@LanierFord.com>; Lacey Miller <LMiller@LanierFord.com>; Alexandria Parrish <ap@evanslawpc.com>; Janet Ives <jbives@evanslawpc.com>
**Subject:** RE: [EXTERNAL] RE: Celeski v. Tom Brown's Reataurant

Cant think of any reason for one now except for protection of personal info of our own clients or putative class members etc. What are you trying to "protect?"

---

**From:** Greg Burgess <CGB@LanierFord.com>
**Sent:** Friday, July 7, 2023 3:38 PM
**To:** Danny Evans <gdevans@evanslawpc.com>; Patrick Evans <dpevans@evanslawpc.com>
**Cc:** Stephanie M. Hall <smh@lanierford.com>; Kathy DiGiorgio <KDiGiorgio@LanierFord.com>; Lacey Miller <LMiller@LanierFord.com>; Alexandria Parrish <ap@evanslawpc.com>; Janet Ives <jbives@evanslawpc.com>
**Subject:** RE: [EXTERNAL] RE: Celeski v. Tom Brown's Reataurant

1

Danny or Patrick:

    Good afternoon.

    We anticipate the need for a protective order with "Confidential" and potentially "Attorneys Eyes Only" provisions in place. Do you have any objection to that? Ideally, we do not want to hold up any document protection next week waiting on entry of that protective order, and toward that end would ask that you consent that our interim production would be subject to that future protective order. We will draft for your review and it will have a standard ground for disputing any confidentiality designation. Let me know your thoughts, please.

Greg

C. Gregory Burgess
**LANIER FORD**
2101 West Clinton Avenue, Suite 102(35805)
Post Office Box 2087 | Huntsville, Alabama 35804-2087
Main: (256) 535-1100 | Facsimile: (256) 533-9322
E-mail:cgb@lanierford.com
Website:www.lanierford.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.