FILED
2023 Nov-13 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C



LanierFord.com

**C. Gregory Burgess**
256-533-9322 facsimile
cgb@lanierford.com

July 10, 2023

**VIA EMAIL TRANSMISSION**
dpevans@evanslawpc.com

DANIEL PATRICK EVANS
**THE EVANS LAWFIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

    Re:   *Justin Celeski, et al. v. Tom Brown's Restaurant at Madison, LLC, et al.*
            Civil Action Number: 5:22-cv-01600-HNJ

Dear Dan:

    Enclosed are objections and unsigned responses to plaintiffs' first interrogatories, first request for production, and first request for admission by defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown. We will provide signed interrogatory responses as soon as practicable.

    Also enclosed are documents responsive to plaintiffs' first request for production. These documents are Bates-labeled D00001 through D00446, inclusive, for identification purposes. Please also consider these documents as responsive to defendants' initial disclosures as well. If you have any questions, please call or email.

                Yours very truly,

                **LANIER FORD SHAVER & PAYNE P.C.**

                *Greg*

                C. Gregory Burgess

CGB/kd
Enclosures