# EXHIBIT E



LanierFord.com

**Lanier Ford Shaver & Payne P.C.**
2101 W. Clinton Ave., Suite 102
Huntsville, Alabama 35805

Mailing Address:
P.O. Box 2087 · Huntsville, Alabama 35804

256-535-1100 office

**Stephanie M. Hall**
*256-535-1100*
smh@lanierford.com

August 16, 2023

**VIA EMAIL TRANSMISSION**
dpevans@evanslawpc.com

DANIEL PATRICK EVANS
**THE EVANS LAWFIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

  Re: *Justin Celeski, et al. v. Tom Brown's Restaurant at Madison, LLC, et al.*
    Civil Action Number: 5:22-cv-01600-HNJ

Dear Danny:

  Enclosed are additional documents responsive to plaintiffs' first request for production. They are Bates-labeled D02282 through D02377, inclusive, for identification purposes.

        Yours very truly,

        **LANIER FORD SHAVER & PAYNE P.C.**

        Stephanie M. Gushlaw

SMH/lm
Enclosure