FILED

2023 Nov-13  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F



LanierFord.com

**LANIER FORD**

Lanier Ford Shaver & Payne P.C.

2101 W. Clinton Ave., Suite 102
Huntsville, Alabama 35805

*Mailing Address:*
P.O. Box 2087 · Huntsville, Alabama 35804

256-535-1100 office

**Stephanie M. Hall**
*256-535-1100*
*smh@lanierford.com*

August 17, 2023

**VIA EMAIL TRANSMISSION**
gdevans@evanslawpc.com
dpevans@evanslawpc.com

G. DANIEL EVANS
DANIEL PATRICK EVANS
**THE EVANS LAWFIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

Re:     *Justin Celeski, et al. v. Tom Brown's Restaurant at Madison, LLC, et al.*
        Civil Action Number: 5:22-cv-01600-HNJ

Dear Danny and Patrick:

Enclosed is an additional document responsive to plaintiffs' first request for production. It is Bates-labeled D02378 for identification purposes.

Yours very truly,

**LANIER FORD SHAVER & PAYNE P.C.**

Stephanie M. Gushlaw

SMH/lm
Enclosure