# EXHIBIT G



**Lanier Ford Shaver & Payne P.C.**
2101 W. Clinton Ave., Suite 102
Huntsville, Alabama 35805
Mailing Address:
P.O. Box 2087 · Huntsville, Alabama 35804
256-535-1100 office

LanierFord.com

**C. Gregory Burgess**
256-533-9322 facsimile
cgb@lanierford.com

September 15, 2023

**VIA EMAIL TRANSMISSION**
dpevans@evanslawpc.com
ap@evanslawpc.com

DANIEL PATRICK EVANS
ALEXANDRIA PARRISH
**THE EVANS LAWFIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

  Re: *Justin Celeski, et al. v. Tom Brown's Restaurant at Madison, LLC, et al.*
    Civil Action Number: 5:22-cv-01600-HNJ

Dear Dan and Alexandria:

  Enclosed are supplemental objections and signed responses to plaintiffs' first interrogatories by defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown.

  Also enclosed are additional documents responsive to plaintiff's first request for production. These documents are Bates-labeled D02379 through D03509, inclusive, for identification purposes. Please also consider these documents as responsive to defendants' initial disclosures as well. If you have any questions, please call or email.

      Yours very truly,

      **LANIER FORD SHAVER & PAYNE P.C.**

      */s/ Greg*

      C. Gregory Burgess

CGB/kd
Enclosures