# EXHIBIT H

| | |
|---|---|
| **From:** | Kathy DiGiorgio |
| **Sent:** | Friday, October 27, 2023 4:36 PM |
| **To:** | ap@evanslawpc.com; dpevans@evanslawpc.com; gdevans@evanslaw.com; aparrish@evanslawpc.com |
| **Cc:** | Greg Burgess; Stephanie M. Hall; Lacey Miller |
| **Subject:** | Celeski v. Tom Brown's Restaurant |
| **Attachments:** | 10-27-23 CGB ltr to A. Parrish in response to deficiency letter-SIGNED.pdf |

Below is a link from which you may download the documents referenced in Greg's letter. This link will expire in 15 days. If you have any questions or difficulty with the download, please let us know.

https://lanierford.filegenius.com/downloadPublic/lj2amk6ol63z9bi

Kathy DiGiorgio
Paralegal
**LANIER FORD**
2101 West Clinton Avenue, Suite 102 (35805)
Post Office Box 2087 | Huntsville, Alabama 35804-2087
Main: (256) 535-1100 | Direct: (256) 713-2252 | Facsimile: (256) 533-9322
Email: kdigiorgio@lanierford.com
Website: www.lanierford.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.



**Lanier Ford Shaver & Payne P.C.**
2101 W. Clinton Ave., Suite 102
Huntsville, Alabama 35805
Mailing Address:
P.O. Box 2087 · Huntsville, Alabama 35804
256-535-1100 office

LanierFord.com

**C. Gregory Burgess**
*256-533-9322 facsimile*
cgb@lanierford.com

October 27, 2023

**VIA EMAIL TRANSMISSION**
aparrish@evanslawpc.com

ALEXANDRIA PARRISH
**THE EVANS LAWFIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

    Re:    *Justin Celeski, et al. v. Tom Brown's Restaurant at Madison, LLC, et al.*
            Civil Action Number: 5:22-cv-01600-HNJ

Dear Alexandria:

    This letter responds to yours of September 6, 2023 and October 3, 2023 regarding defendants' objections and responses to plaintiffs' requests for production and interrogatories.

    To begin, I reiterate how taxing and labor-intensive the discovery process can be on a small business like Tom Brown's which has virtually no administrative staff to help and its principal is simultaneously running two restaurants that operate six days a week. With that said, I recognize you have clients to represent and that obligation carries with it pursuing discovery. All I can say, again, is my clients are trying to comply with your broad-sweeping discovery requests.

    Toward that end, enclosed are numerous additional documents responsive to plaintiffs' first request for production by defendants. They are Bates-labeled D03510 through D05681, inclusive, for identification purposes. Please also consider these documents as responsive to defendants' initial disclosures as well.

    Part of our voluminous supplemental production is the re-run of all of the previously produced reports to provide an end date of April 15, 2022 as you requested. For your information, Tom Brown's pays its employees on a bi-monthly basis (<u>i.e.</u>, the first and fifteenth of each month) rather than bi-weekly. Defendants are also inquiring about the report D02378 that was produced to determine why some of the dates appear to be inverted. To use your example of Lexi Andreoni, it appears that the month and date for entries during Pay Weeks 2020-31 and

Alexandria Parrish
October 27, 2023
Page 2

2020-32 have been inverted to show 1/8/2020 and 3/8/2020 instead of 8/1/2020 and 8/3/2020. Because this is a report from ADP, defendants have requested ADP to re-run the report.

Also, as for the asterisk next to employee names in D02378, our information is that simply means those employees are no longer employed by Tom Brown's. In other words, the employes without an asterisk are current employees.

Turning next to your request number 7, defendants have supplemented their response and produced all responsive documents currently within their custody or control. As previously discussed, it is my understanding that defendants have requested a copy of all 7Shifts communications directly from 7Shifts, but have not yet received any responsive documents. We will continue to monitor and keep you updated.

Finally, with respect to the remaining alleged deficiencies, we are continuing to gather documents and will promptly supplement on a rolling production basis as circumstances permit. I see that you went ahead and filed your motion to compel. That was certainly your prerogative. We will respond appropriately.

        Yours very truly,

        **LANIER FORD SHAVER & PAYNE P.C.**

        *Greg*

        C. Gregory Burgess

CGB/kd
Enclosures