# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 5:22-cv-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON LLC, et al., | ) |
| Defendants. | ) |

## ORDER

On October 27, 2023, Plaintiffs filed a motion to compel Defendants to further respond to Plaintiffs' Request for Production of Documents and Interrogatories. (Doc. 29). On November 29, 2023, the court held a conference on the motion. Pursuant to the agreements reached during the conference, the court **GRANTS** the motion to compel.

**DONE** and **ORDERED** this 29th day of November, 2023.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE