# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action Number: 5:22-CV-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE
## TO WITHDRAW AS COUNSEL

The undersigned, Christopher M. Pape, moves the Court for leave to withdraw as counsel for defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown (collectively "defendants") in this case (case number: 5:22-CV-01600-HNJ). As grounds, the undersigned states:

1. Christopher M. Pape is an attorney of record for defendants in case number 5:22-CV-01600-HNJ. This representation initiated because of his employment with the law firm of Lanier Ford Shaver & Payne P.C.

2. As of December 1, 2023, Christopher M. Pape resigned from his position with Lanier Ford Shaver & Payne P.C. and moved to another law firm.

3. Attorneys C. Gregory Burgess and Stephanie Margaret Hall of Lanier Ford Shaver & Payne P.C. have already appeared of record as counsel for defendants in this case and will continue to represent their interest.

4. No prejudice or delay will result from the withdrawal.

**WHEREFORE,** the undersigned requests the Court to enter an order granting him leave to withdraw as counsel for defendants.

*S/Christopher M. Pape*
Christopher M. Pape (ASB-7563-R66P)

**Attorneys for defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown**

**OF COUNSEL:**

**Christopher M. Pape**
**BISHOP COLVIN, LLC**
2101 West Clinton Avenue, Suite 402
Huntsville, Alabama 35805
Phone : 205.251.2881
Email:  CPape@BishopColvin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. DANIEL EVANS
D. PATRICK EVANS
ALEXANDRIA PARRISH
**THE EVANS LAW FIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Facsimile: (205) 870-7763
Email: gdevans@evanslawpc.com
         dpevans@evanslawpc.com
         ap@evanslawpc.com

                                      *S/Christopher M. Pape*
                                      Christopher M. Pape