# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 5:22-cv-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Christopher M. Pape, one of the attorneys of record for Defendants, filed a motion to withdraw. (Doc. 38). As other attorneys will continue to represent Defendants, the court **GRANTS** the motion.

**DONE** and **ORDERED** this 12th day of December, 2023.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE