IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**5:22-cv-01600-HNJ** |

**MOTION TO SEAL DOCUMENT**

Come now the Plaintiffs, by and through their attorneys, and move this Court to seal Document 45-1 filed on July 16, 2024, and as grounds therefore, state as follows:

1. Plaintiffs filed their Motion for Class Certification (Doc. 44), Evidentiary Submission (Docs. 45 - 45-1 - 45-19), and Memorandum Brief in Support thereof (Doc. 46).

2. In reviewing the evidentiary submission, counsel for Plaintiffs realized that Document 45-1 was inadvertently filed in with personal information (addresses). (Doc. 45-1, pp. 108-09; 123-24)

3. Plaintiffs request that this Court seal Document 45-1 so as not to be available to the public and only available to the Court and counsel of record.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that this Court will seal Document 45-1 so it will be available only to the Court and counsel of record. Plaintiffs pray for such other, further and more general relief to which they may be entitled.

RESPECTFULLY SUBMITTED,

s/ G. Daniel Evans
G. Daniel Evans
ASB-1661-N76G
D. Patrick Evans
ASB-3209-R67G
Alexandria Parrish
ASB-2477-D66P
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Facsimile: (205) 870-7763
dpevans@evanslawpc.com
gdevans@evanslaw.com
ap@evanslawpc.com
Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of July, 2024, I electronically filed the foregoing Plaintiffs' Motion to Seal Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Lanier, Ford, Shaver & Payne, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
E-mail: cgb@lanierford.com
        smg@lanierford.com
Phone: (256) 535-1100

                                            s/ G. Daniel Evans
                                            G. Daniel Evans