IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated** ) ) ) ) ) )  **Plaintiffs,** ) ) **vs.** ) ) **TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)** ) ) ) ) ) ) **Defendants.** ) | **CIVIL ACTION NO.: 5:22-cv-01600-HNJ** |

**PLAINTIFFS' EVIDENTIARY SUBMISSION
IN SUPPORT OF MOTION FOR COLLECTIVE ACTION
CERTIFICATION AND COURT ORDERED NOTICE**

Come now the Plaintiffs in the above-styled cause and submit the following evidentiary matters in support of their Motion for Certification of the Collective Action and Court Ordered Notice Pursuant to 29 U.S.C. § 216(b):

1. The pleadings of the case at bar.

2. Exhibit 1 - Proposed Notice

3. Exhibit 2 - Proposed Opt-In Consent Form

4. Exhibit 3 - Affidavit of Daniel Patrick Evans

5. Exhibit 4 - Declaration and Consent to Join of Courtney Phillips

6.       Exhibit 5 - Declaration and Consent to Join of Nathaniel Schultz (Electronically Signed)

**The following exhibits were previously submitted on 7/16/24**:

7.       Doc. 45-1 pp. 1-56 - Deposition of Tom Brown's Restaurant 30(b) representative - Tom Brown.

8.       Doc. 45-1 pp. 57-102 - Tom Brown and Tom Brown's Restaurant responses to Plaintiffs' Request for Admissions.

9.       Doc. 45-1 pp. 102-140 - Tom Brown and Tom Brown's Restaurant responses to Plaintiffs' Request for Interrogatories.

10.      Doc. 45-1 pp. 140-145 - Notice of Deposition - Exhibit 2 to the 30(b) Deposition of Tom Brown's Restaurant.

11.      Docs. 45-2, 45-3 & 45-4 - Employee Handbooks for Tom Brown's Restaurant (202, 2021 and 2023).

12.      Doc. 45-5 pp. 1,2 - Tom Brown's server hire and exit dates (2020-2023)

13.      Doc. 45-5 pg. 3 - An Earnings statement by ADP for Justin Celeski showing net pay of Zero.

14.      Doc. 45-5 pp. 4-14 - ADP Payroll details showing money not paid to employees.

15.      Doc. 45-5 pp. 15,16 - 2020 and 2021 Tom Brown's Annual Tip & Cash Report for its servers.

16.      Doc. 45-5 pp. 17,18 - Employee Closing Receipt generated by CAKE system for Amy Stahl - July 30, 2022 and corresponding end of day sheet calculating the amount due to/from Ms. Stahl and other servers for that day.

17.      Doc. 45-5 pp. 19-23 - Text messages from Tom Brown to his employees

through the 7Shifts app.

18. Doc. 45-5 pp. 24-26 - Tom Brown's list of employees and amounts it paid to those employees for back wages required by the Department of Labor, and a list of the employees who did not accept the payments.

19. Doc. 45-6 pp. 1-19 - 2021 Earnings statements from ADP and W-2 for Justin Celeski.

20. Doc. 45-6 pp. 20-21 - U.S. Department of Labor - wage and hour division - WHISARD Compliance Action Report for Tom Brown's Restaurant - Case ID 1962202 - period June 1, 2020 - April 15, 2022.

21. Docs. 45-7 to 45-10 pg. 13- Employee time sheets generated by Tom Brown's timekeeping system - CAKE.

22. Doc. 45-10 pp. 14-28 - Tom Brown's end of day tip out calculation sheets for the period June 1, 2022 to June 30, 2022.

23. Doc. 45-10 pp. 29-39 - Tom Brown's end of day tip out calculation sheets for the period October 23, 2023 to October 28, 2023

24. Docs. 45-11 to 45-16 - Tom Brown's end of day tip out calculation sheets for the period January 1, 2021 to December 31, 2021.

25. Docs. 45-17 to 45-18 - Tom Brown's end of day tip out calculation sheets for all the days Justin Celeski worked as a tip credit employee (server) in 2021 and a summary of the deductions Tom Brown's took from his tips without deducting the same amount from his W-2.

26. Doc. 45-19 - Affidavits of Plaintiffs' Counsel - G. Daniel Evans, Alexandria Parrish and D. Patrick Evans.

                        RESPECTFULLY SUBMITTED,

                        */s D. Patrick Evans*
                        D. Patrick Evans

>ASB-3209-R67G
>G. Daniel Evans
>ASB-1661-N76G
>Alexandria Parrish
>ASB-2477-D66P
>The Evans Law Firm, P.C.
>1736 Oxmoor Road
>Birmingham, Alabama 35209
>Telephone:  (205) 870-1970
>Facsimile:   (205) 870-7763
>dpevans@evanslawpc.com
>gdevans@evanslaw.com
>ap@evanslawpc.com
>Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of July, 2024, I electronically filed the foregoing Plaintiffs' Submission of Evidentiary Matters in Support of Motion for Collective Action Certification and Court Ordered Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Gregory Burgess, Esq.
Stephanie M. Gushlaw, Esq.
Lanier, Ford, Shaver & Payne, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
E-mail: cgb@lanierford.com
           smg@lanierford.com
Phone: (256) 535-1100

>/s D. Patrick Evans
>D. Patrick Evans