# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action Number: 5:22-CV-01600-HNJ |
| ) | |
| TOM BROWN'S RESTAURANT ) | |
| AT MADISON, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

The undersigned former counsel for defendants, C. Gregory Burgess and Stephanie M. Hall of the law firm of Lanier Ford Shaver & Payne P.C., give notice of their compliance with the Court's order and state as follows:

1. On August 28, 2024, the Court entered an order requiring the undersigned to serve a copy of its order granting their motion to withdraw to defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown. (Doc. 56).

2. The order also required that proof of such service be provided to the Court.

3. On August 28, 2024, the undersigned fully complied with the Court's order.

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie M. Hall (ASB-1050-F67A)

**Former attorneys for defendants Tom Brown's Restaurant at Madison, LLC, Tom E. Brown, and Ashley W. Brown**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email:  cgb@lanierford.com
          smh@lanierford.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Daniel Evans
D. Patrick Evans
Alexandria Parrish
**THE EVANS LAW FIRM, P.C.**
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Facsimile: (205) 870-7763
Email:  gdevans@evanslawpc.com
          dpevans@evanslawpc.com
          ap@evanslawpc.com

*S/C. Gregory Burgess*
C. Gregory Burgess