# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, ASHLEE HENTHORNE** on behalf of themselves and others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs. | ) ) |
| v. | ) ) **CIVIL ACTION NO.:** |
| | ) **5:22-cv-01600-HNJ** |
| **TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (individually),** | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Arnold W. Umbach III of the law firm of Starnes Davis Florie LLP and hereby gives notice of his appearance as additional counsel on behalf of Defendants, Tom Brown's Restaurant at Madison, LLC, Tom Eugene Brown (individually) and Ashley Walker Brown (individually).

2948627.1

Respectfully submitted,

*s/ Arnold W. Umbach III*
Arnold W. Umbach III (ASB-1932-M66A)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209
(205) 868-6000 – Telephone
tumbach@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Patrick Evans
G. Daniel Evans
The Evans Law Firm, P.C.
1736 Oxmoor Road
Suite 101
Birmingham, AL 35209

*s/ Arnold W. Umbach III*
OF COUNSEL

2948627.1