IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**5:22-cv-01600-HNJ** |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER AND PROPOSED THIRD AMENDED SCHEDULING ORDER**

Come now the Plaintiffs, by and through their attorneys, and in accordance with the Court's Order (Doc. 61) make the following response including Plaintiffs' Proposed Third Amended Scheduling Order attached hereto as "Exhibit A." As grounds therefore, Plaintiffs state the following:

1.  The Defendants have recently employed new counsel after their prior counsel withdrew with this Court's approval

2.  At the time of prior counsel's withdrawal, established dates for fact discovery, class discovery, and expert disclosures and motions for class certification

had all expired.

3. Plaintiffs worked with Defendants' prior counsel to previously amend the scheduling order twice in order to accommodate Defendants' need for additional time to respond and complete discovery.

4. The Court entered its current scheduling order (Doc. 41) on January 17, 2024. Therein, the Court set the time for disclosure of any defense experts to May 14, 2024. None were disclosed by any Party and that time has expired.

5. Similarly, Court set the discovery deadline for class and merits discovery to June 17, 2024, and that, too, has expired.

6. In compliance with the Court's scheduling order, Plaintiffs pursued discovery including depositions of the Defendants and then timely filed their Motion for Class certification. Shortly thereafter, defense counsel moved to withdraw which in effect suspended response to that pending motion and further delaying recovery for the Plaintiffs and putative class members.

7. On August 28, 2024, the Court issued its Order suspending the remaining case deadlines in order for Defendants to obtain new counsel within 30 days. (Docs. 56 and 61).

8. On the 30th day following the Order, current counsel entered appearances for the Defendants. (Docs. 58, 59, 60)

9. On September 30, 2024, the Court issued its Order (Doc. 61) instructing the Parties to file a joint proposed amended scheduling order and proposed briefing scheduling for pending motions by October 7, 2024.

10. Since receiving the Court's Order (Doc. 61), Plaintiffs' counsel has conferred with Defendants' newly retained counsel and exchanged proposed drafts in an attempt to agree on a joint briefing schedule and to jointly amend the Court's current scheduling order (Doc. 41).

11. The Plaintiffs have proposed new deadlines for the Defendants' response to the pending Motion for Class Certification and for expected dispositive motions and for trial. Those deadlines were largely based upon dates chosen by new counsel. However, Defendants' new counsel also insists on reopening discovery and expert disclosures essentially starting this process over.

12. Plaintiffs object to reopening discovery or the expert disclosure deadlines because doing so would highly prejudice Plaintiffs who have complied with the Court's orders.

13. Defendants' prior counsel pursued his own litigation strategy to which Plaintiffs responded and to which pending motions for class certification all bear witness. To allow new counsel to shift the defense approach and have a "second bite of the apple" would be patently unfair to the Plaintiffs who seek recovery of

compensation long due them. Granting such a request would further delay this matter and increase the litigation expense and attorney time imposed on the Plaintiffs.

14. Attached hereto is Plaintiffs' Proposed Amended Scheduling Order (Exh. A) which sets out the following deadlines:

**Dispositive Motions:** All potentially dispositive motions must be filed by December 2, 2024.

**Class Certification:** Plaintiffs' Class Certification Motion and briefs were filed on July 19, 2024. Defendants shall file any Response in Opposition to Class Certification by **November 1, 2024.** Plaintiff's Shall file any Reply in Support of Class Certification on or before **November 26, 2024.**

**Expert Testimony:** The deadline for Plaintiffs and Defendants to submit a report from retained experts under Fed. R. Civ. P. 26(a)(2) **has long expired** as stated in the Court's Order (Doc. 41) without either Party disclosing an expert.

**Discovery Limitations and Cutoff:** The Parties conducted class discovery concurrently with merits discovery and the deadline for the parties to conduct class and fact discovery **expired on June 17, 2024** as Ordered on January 17, 2024 (Doc. 41). No additional fact or class discovery shall be permitted.

**Trial:** The parties shall be ready for trial to be scheduled on or after August 1, 2025.

(Exh. A).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that this Court will amend its Scheduling Order by adopting the new deadlines set forth in Plaintiffs'

Proposed Third Amended Scheduling Order attached hereto. Plaintiffs pray for such other, further and more general relief to which they may be entitled.

                                                            RESPECTFULLY SUBMITTED,

                                                            s/ *D. Patrick Evans*
                                                            D. Patrick Evans
                                                           ASB-3209-R67G
                                                           G. Daniel Evans
                                                           ASB-1661-N76G
                                                           Alexandria Parrish
                                                           ASB-2477-D66P
                                                          The Evans Law Firm, P.C.
                                                           1736 Oxmoor Road
                                                           Birmingham, Alabama 35209
                                                           Telephone: (205) 870-1970
                                                           Facsimile:  (205) 870-7763
                                                           dpevans@evanslawpc.com
                                                           gdevans@evanslaw.com
                                                           ap@evanslawpc.com
                                                           Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 7th[th] day of October, 2024, I electronically filed the foregoing Plaintiffs' Response to the Court's Order and Proposed Third Amended Scheduling Order using the CM/ECF system which will send notification of such filing to the following:

Grace Ann Azar
Alfred H. Perkins
Arnold W, Umbach, III
Starnes, Davis, Florie LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209

(205) 868-6000
gazar@starneslaw.com
ahp@starneslaw.com
tumbach@starneslaw.com

*Defendants' Counsel*

                                              *s/ D. Patrick Evans*
                                              Of Counsel