**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI; et al., ) | |
| ) | |
| Plaintiffs. ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 5:22-cv-01600-HNJ |
| ) | |
| TOM BROWN'S RESTAURANT AT ) | |
| MADISON, LLC; et al., ) | |
| ) | |
| Defendants. ) | |

## (PLAINTIFFS' PROPOSED)
## THIRD AMENDED RULE 16 SCHEDULING ORDER

Per the Court's Order (Doc. 61) the Court **GRANTS** hereby **EXTENDS** the specified Scheduling Order deadlines as follows:

This Order is entered under Federal Rule of Civil Procedure 16(b), based on the parties' report of planning meeting. This Order governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties:** The deadline for joining additional parties and amending the pleadings has expired.

2. **Dispositive Motions:** All potentially dispositive motions must be filed by **December 2, 2024**.

3. **Class Certification:** Plaintiffs' Class Certification Motion and briefs were filed on **July 19, 2024**. Defendants shall file any Response in Opposition to Class Certification by **November 1, 2024**. Plaintiff's Shall file any Reply in Support of Class Certification on or before **November 26, 2024**.

4. **Expert Testimony:** The deadline for Plaintiffs and Defendants to submit a report from retained experts under Fed. R. Civ. P. 26(a)(2) **has long expired** as stated in the Court's Order (Doc. 41) without either Party disclosing an expert.

5. **Discovery Limitations and Cutoff:**

    The Parties conducted class discovery concurrently with merits discovery and the deadline for the parties to conduct class and fact discovery **expired on June 17, 2024** as Ordered on January 17, 2024 (Doc. 41). No additional fact or class discovery shall be permitted.

6. **Electronically Stored Information:** Plaintiffs will preserve electronic documents related to their claims or Defendants' defenses in their possession, custody, or control, including but not limited to all electronic documents or records from third parties created or reviewed by any decision maker in this case that concern Plaintiffs, their claims, their treatment, or Defendants' defenses.

    Defendants will preserve electronic documents in their possession, custody or control that relate to Plaintiffs' claims or Defendants' defenses, including but not limited to all electronic documents or records from third parties created or reviewed by any decision maker in this case that concern Plaintiffs, their claims, their treatment, or Defendants' defenses.

7. **Final Lists:** The Court will establish deadlines for the exchange of final witness and exhibit lists at the Pretrial Conference.

8. **Trial:** The parties shall be ready for trial to be scheduled on or after **August 1, 2025**. The trial is expected to take approximately five (5) days. **This is not an actual trial date; this is only the date on which the case will be considered ready for trial**.

9. **Additional Orders:**

    (b) **Pretrial Conference:** Final Pretrial Conference in this case will be scheduled by separate order. All lead counsel for the parties are directed to be personally present.

    Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the Joint Report of Planning Conference shall apply in this case.

    **DONE** and **ORDERED** this ____ day of _____, 2024.

3

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

Case 5:22-cv-01600-HNJ    Document 62-1    Filed 10/07/24    Page 3 of 3