# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**5:22-cv-01600-HNJ** |

## UPDATE ON STATUS OF MEDIATION

Pursuant to the Court's Order filed on March 11, 2025 (Doc. 87), Plaintiffs and Defendants ("the Parties") are updating the Court on the status of mediation.

On March 17, 2025, the Parties mediated all claims in this case with Judge John E. Ott. Although this mediation did not result in settlement, Judge Ott has not declared an impasse. Judge Ott is still engaged in discussions with the Parties and their counsel about the probability of resolution.

3159417.1

s/ *D. Patrick Evans*
D. Patrick Evans
G. Daniel Evans
Alexandria Parrish
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
(205) 870-1970
dpevans@evanslawpc.com
gdevans@evanslaw.com
 ap@evanslawpc.com
*Attorneys for the Plaintiffs*

_____
Arnold W Umbach, III
Grace Ann Azar
Alfred H. Perkins
Starnes, Davis, Florie LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209
(205) 868-6000
gazar@starneslaw.com
ahp@starneslaw.com
tumbach@starneslaw.com
*Defendants' Counsel*

3159417.1