IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated** )<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (Individually); and ASHLEY WALKER BROWN (Individually)** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**5:22-cv-01600-HNJ** |

## MOTION TO APPROVE CLASS NOTICE PROCEDURE

Come now the Plaintiffs in the above-styled cause and move this Court to approve the Class Notice Procedure following this Court's Order of March 27, 2025. (Doc.89) In conjunction with the FLSA Collective action in this matter and this Court's order of November 12, 2024 on that claim, (Doc.73), the Defendants provided Plaintiffs a listing of its 103 individuals who were "tip credit" employees along with their names, addresses, phone numbers and emails as potential "opt in" class members for that class. This Court's recent order (Doc.89) has certified a slightly different class for a separate claim which is composed of:

All individuals who worked as a tip credit employee for Tom Brown's Restaurant in Madison and received a W-2 from Tom Brown's Restaurant for tax years 2020 or thereafter which overstated their income because of Tom Brown's policy of sharing their tips with other non tip credit employees.

Plaintiffs believe these classes overlap at least in part since the Collective Class includes individuals who would all have been subject to the tip share imposed by the Defendants. Nevertheless and to avoid any oversight, Plaintiffs move the Court to require the Defendants to provide a listing of the individuals described in the certified class under this Court's order of March 27, 2025, (Doc. 89) along with their name, address, email, phone numbers and copies of all W-2s submitted on their behalf.

Plaintiffs also submit Exhibit A as an appropriate notice to the class members which Plaintiffs propose to be mailed by First Class Mail and sent via email to the class members. Exhibit B is submitted as a proposed schedule for the notices and elections. Upon consideration of this motion and the attached exhibits, the Plaintiffs pray that the Court will enter an order approving the same and requiring the Defendants to provide the listings and documents requested.

                                                  RESPECTFULLY SUBMITTED,

                                                  s/ G. Daniel Evans
                                                  G. Daniel Evans
                                                  ASB-1661-N76G
                                                  D. Patrick Evans
                                                  ASB-3209-R67G
                                                  Alexandria Parrish
                                                  ASB-2477-D66P
                                                  The Evans Law Firm, P.C.
                                                  1736 Oxmoor Road

        Birmingham, Alabama 35209
        Telephone: (205) 870-1970
        Facsimile: (205) 870-7763
        gdevans@evanslaw.com
        dpevans@evanslawpc.com
        ap@evanslawpc.com
        Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of April 2025, I electronically filed the foregoing Motion to Approve Class Notice Procedure with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arnold W. Umbach, III
Grace Ann Azar
Alfred H. Perkins
III Starnes, Davis, Florie LLP
100 Brookwood Place,
Seventh Floor Birmingham, AL 35209
(205) 868-6000
tumbach@starneslaw.com
gazar@starneslaw.com
ahp@starneslaw.com
***Defendants' Counsel***

        s/ G. Daniel Evans
        G. Daniel Evans