# EXHIBIT B

## PROPOSED NOTICE SCHEDULE

**DAY 1** - Receipt of class list from the defendants.

**DAY 29** - Mail notice to have been sent to those on list stating day 75 as last opt out date **(this to be mailed no later than 4 weeks after receipt of list– if done earlier then remaining intervals remain the same) (this provides 45 days after first mailing for opt out and time for re-mailing returns, locating new addresses)**

**DAY 30** - **Email and TXT messages sent to class list**

**DAY 75** - Last day for "Opt out"