FILED
2025 May-13 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

JUSTIN CELESKI, et al.,

Plaintiffs,

vs.

TOM BROWN'S RESTAURANT AT MADISON LLC, et al.,

Defendants.

Case No. 5:22-cv-01600-HNJ

**ORDER**

Plaintiffs filed a motion to approve class notice procedure. (Doc. 90). Defendants do not oppose the motion. (Doc. 94). Accordingly, the court **GRANTS** Plaintiffs' motion and **APPROVES** the notice in the form attached as Exhibit A to this order.

The court **ORDERS** Defendants to provide to Plaintiffs, within forty-five (45) days of the date of this order, a listing of the individuals described in the certified class under this court's March 27, 2025, order (Doc. 89), along with each individual's name, address, email, and phone number, and copies of all W-2 forms submitted on each individual's behalf.

Within twenty-nine (29) days of Plaintiffs' receipt of the list from Defendants, Plaintiffs shall mail notice to the individuals listed.

Within thirty (30) days of Plaintiffs' receipt of the list from Defendants, Plaintiffs

shall provide email and text message notice to the individuals listed.

The opt-out period shall expire seventy-five (75) days after Plaintiffs receive the list of class members from Defendants.

**DONE** and **ORDERED** this 13th day of May, 2025.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE