# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN CELESKI, ASHTON MURDOCK, RACHEL MARKUM, and ASHLEE HENTHORNE, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 5:22-cv-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON LLC, TOM EUGENE BROWN (individually), and ASHLEY WALKER BROWN (individually), | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CLASS ACTION

## TO ALL PERSONS WHO WORKED AT TOM BROWN'S RESTAURANT AT MADISON AS SERVERS OR OTHERWISE EARNED TIPS.

### PLEASE READ THIS NOTICE CAREFULLY.

A group of former employees who worked at Tom Brown's Restaurant at Madison brought this suit in the Federal District Court for the Northern District of Alabama against Tom Brown's Restaurant at Madison, LLC and they have been appointed to represent other similar individuals as a class action. The Plaintiffs were all servers at Tom Brown's whose primary income was made up of tips. Each of these individuals was hired at an hourly rate under the minimum wage rate of $7.25 per hour with the agreement that they would be paid that hourly rate plus tips that they earned. You are being sent this notice because we believe that you were such an employee and that you have worked at Tom Brown's as a server or in other capacities under which you, like the Plaintiffs, would be termed a "tip credit employee." The Plaintiffs claim that the Defendants engaged in unlawful practices

because they made deductions from the tips that these servers earned and then redirected those to other employees in the restaurant. Secondly, the Plaintiffs claim that these Defendants reported to the IRS on W-2 statements the full amount of the earned tips rather than the reduced amount left after Brown's deductions from those tips. By overstating the servers reported income to the IRS, each would then be subjected to taxes on money that they never received. This violates certain federal statutes and provides for damages for each of those false reports. Recently, the Federal Court in Huntsville certified this case as a class action of individuals to pursue those claims. The definition of that class is:

> All individuals who worked as a tip credit employee for Tom Brown's Restaurant in Madison and received a W-2 from Tom Brown's Restaurant for tax years 2020 or thereafter which overstated their income because of Tom Brown's policy of sharing their tips with other non tip credit employees.

**IF YOU ARE A MEMBER OF THIS CLASS, THIS CERTIFICATION WILL AFFECT YOUR RIGHTS. IF YOU ARE A MEMBER OF THIS CLASS AND DO NOT RECEIVE WRITTEN NOTICE BY THE ____ DAY OF _____, 2025, PLEASE CALL OR WRITE CLASS COUNSEL LISTED BELOW AND PROVIDE YOUR CORRECT ADDRESS, TELEPHONE NUMBER, EMAIL; OTHERWISE, YOU MAY NOT RECEIVE ANY BENEFITS DUE UNDER THIS LITIGATION.**

<strong>REQUEST FOR EXCLUSION</strong>

If you are a member of the Class definition stated above, you will be considered a member of the Class unless you request to be excluded. If you do not wish to participate in this action, you may request an exclusion from the Class. You are also notified that should you choose not to be excluded you may, if you desire, enter an appearance in this action through your own counsel. The Court will exclude you from the Class if written notice of your exclusion is received by _____, on or before the _____ day of _____, 2025. This request should state, "I DO NOT WANT TO BE PART OF THE PLAINTIFFS' CLASS IN *CELESKI, ET AL v. TOM BROWN'S RESTAURANT AT MADISON, LLC, ET AL*, Case No. 5:22-cv-01600-HNJ." This request must be signed with your name and address printed below your signature and a copy should be sent to Class counsel. The request for exclusion must be submitted in your own name and you cannot request exclusion for other class members.

Though the Court has certified the Class as stated above, it has not yet ruled on the validity of the claims made against Tom Brown's and, favorable or not, that ruling will apply to and bind all Class members. If you properly and timely request exclusion from the Class, you will not be bound by the judgment in this matter and would not be eligible for any benefits that may accrue from this case.

If you have any questions concerning any of this, you may contact Class counsel as follows:

G. Daniel Evans
D. Patrick Evans
Alexandria Parrish
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Facsimile: (205) 870-7763
gdevans@evanslaw.com
dpevans@evanslawpc.com
ap@evanslawpc.com.

**DONE** this 13th day of May, 2025.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

3