# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE** on behalf of themselves and others similarly situated )<br><br>**Plaintiffs,**<br><br>vs.<br><br>**TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually)**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**5:22-cv-01600-HNJ** |

### PLAINTIFFS' NOTICE OF ISSUING CLASS ACTION NOTICE AND LIST OF NOTICED INDIVIDUALS WHO OPTED-OUT OF THE IRS CLASS

Come now the Plaintiffs in the above-styled cause and file this notice of compliance with the Court's Class Action Notice Procedure. This notice provides a list of the individuals who notified Plaintiffs' counsel of their intention to "opt-out" of the IRS Class. An affidavit of Plaintiffs' Counsel, D. Patrick Evans, attesting to compliance with the Court's approved notice procedure and the notice of the "Opt out" is submitted as Exhibit A.

The following individuals have provided notice of their intention to "opt-out": Anthony S. Sanchez, Danielle Westrope, Demetrius Baker, Kayla Harbin, Tori

Walker, and Netanya Suarez. (See Exhibit A, pp. 2 - 3).

During the opt-out period, Plaintiffs' counsel also received the request to opt out from Ameleigh B. Bippen which was filed with the Court as Doc. 97.

RESPECTFULLY SUBMITTED,

s/ G. Daniel Evans
G. Daniel Evans
ASB-1661-N76G
D. Patrick Evans
ASB-3209-R67G
Alexandria Parrish
ASB-2477-D66P
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone:  (205) 870-1970
Facsimile:   (205) 870-7763
gdevans@evanslaw.com
dpevans@evanslawpc.com
ap@evanslawpc.com
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1ST day of October 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arnold W. Umbach, III
Grace Ann Azar
Alfred H. Perkins III
Starnes, Davis, Florie LLP
100 Brookwood Place,
Seventh Floor Birmingham, AL 35209

2

(205) 868-6000
tumbach@starneslaw.com
gazar@starneslaw.com
ahp@starneslaw.com
***Defendants' Counsel***

                                                s/ G. Daniel Evans
                                                G. Daniel Evans