# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI; ASHTON MURDOCK; RACHEL MARKUM, and ASHLEE HENTHORNE on behalf of themselves and others similarly situated )<br><br>Plaintiffs, )<br><br>vs. )<br><br>TOM BROWN'S RESTAURANT AT MADISON, LLC; TOM EUGENE BROWN (individually); and ASHLEY WALKER BROWN (Individually) )<br><br>Defendants. ) | CIVIL ACTION NO.:<br>5:22-cv-01600-HNJ |

STATE OF ALABAMA)
JEFFERSON COUNTY)

### AFFIDAVIT OF D. PATRICK EVANS

Before me, the undersigned authority in and for said county in said State, personally appeared D. Patrick Evans, who, being known by me and first duly sworn, states upon her oath as follows:

My name is Patrick Evans. I am over the age of twenty-one (21). I am an attorney licensed to practice law in the State of Alabama. I, along with Danny Evans and Alexandria Parrish, represent plaintiffs and the IRS Class members in the above styled cause.

On March 27, 2025. The Court issued its order certifying the IRS Class. (Doc. 89)

On May 13, 2025, the Court issued its Order approving the class notice procedure. (Doc. 96). The Court ordered Defendants to produce a listing of listing of the individuals described in the certified class, along with each individual's name, address, email, and phone number within forty-five (45) days of the order. (Doc. 96, p. 1). Defendants produced the list of potential class members on June 26, 2025.

The Court order directed that Plaintiffs' counsel was to mail notice to the individuals listed within 29 days of receiving the list, or by July 25, 2025. (Doc. 96, p. 1). The Court ordered Plaintiffs counsel to send the notice to via email and text message within 30 days of the Court's order, or by July 26, 2025. *Id.*

On July 23, 2025, I mailed a copy of the Court's approved notice (Doc. 96-1) via First Class U.S. Mail, postage prepaid, to the individuals at the mailing addresses provided in Defendants' June 26, 2025 list. I personally dropped off the envelopes containing each notice to the United States Post Office before the close of business on July 23, 2025.

On July 23, 2025 at 3:46 P.M., I e-mailed a copy of the Court's issued notice (Doc. 96-1) to the email addresses identified in Defendants June 26, 2025 list. My co-counsel, Alexandria Parrish and Danny Evans, were copied on this email.

On July 23, 2025 at 4:19 P.M., I texted the numbers identified in Defendants' June 26, 2025 list. My co-counsel, Alexandria Parrish and Danny Evans, were copied on this text stream.

I met with my co-counsel, Alexandria Parrish, on June 23, 2025, prior to emailing, mailing, and texting the listed individuals identified in Defendants June 26, 2025 list. Ms. Parrish and I went down the Defendants list and cross-checked the names against the

2

addressed envelopes, phone numbers for the text stream, and the email addresses provided. We worked together to verify all identified individuals were issued notice via email, U.S. Mail, as well as received the text notice.

During the opt-out period, our firm received letters and/or emails from Anthony S. Sanchez, Danielle Westrope, Demetrius Baker, Kayla Harbin, Tori Walker, and Netanya Suarez stated they did not want to be part of the IRS Class.

During the opt-out period, Plaintiffs also received the request to opt out from Ameleigh B. Bippen which was filed with the Court as Doc. 97.

I have read the above and foregoing affidavit and the same is true and correct.

_____
D. Patrick Evans

Sworn to and subscribed before me this the ___1st___ day of October, 2025.

_____
Notary Public
My Commission Expires: 6/30/2027

> **JANET B. IVES**
> NOTARY PUBLIC, ALABAMA STATE AT LARGE
> MY COMMISSION EXPIRES JUN. 30, 2027