FILED

2025 Nov-14  AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JUSTIN CELESKI; et al.,** | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **5:22-cv-01600-HNJ** |
| | ) | |
| **TOM BROWN'S RESTAURANT AT** | ) | |
| **MADISON, LLC; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION FOR ADOPTION OF AMENDED SCHEDULING ORDER

Come now the Parties in the above-styled cause and pursuant to the Court's order, submit the attached Amended Scheduling Order for consideration by the Court.

Respectfully Submitted this the 14th day of November 2025.

s/ *G. Daniel Evans*

G. Daniel Evans
ASB-1661-N76G
D. Patrick Evans
ASB-3209-R67G
Alexandria Parrish
ASB-2477-D66P
The Evans Law Firm, P.C.
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone:  (205) 870-1970

Facsimile:    (205) 870-7763
gdevans@evanslaw.com
dpevans@evanslawpc.com
ap@evanslawpc.com
*Attorneys for the Plaintiffs*


 s/ Arnold W. Umbach, III
Arnold W. Umbach, III
Grace Ann Azar
Alfred H. Perkins
Starnes, Davis, Florie LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209
(205) 868-6000
gazar@starneslaw.com
ahp@starneslaw.com
tumbach@starneslaw.com
*Defendants' Counsel*

**Filed With Permission**