# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI; et al., ) | |
| ) | |
| Plaintiffs. ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 5:22-cv-01600-HNJ |
| ) | |
| TOM BROWN'S RESTAURANT AT ) | |
| MADISON, LLC; et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED RULE 16 SCHEDULING ORDER

This Order is entered under Federal Rule of Civil Procedure 16(b) following class certification and completion of class notice. This Order governs further proceedings in this action unless modified for good cause shown.

1. **Dispositive Motions:** All potentially dispositive motions must be filed by March 31, 2026. Responses to the motion shall be due within 21 days thereafter and any reply will be due 7 days after the response is filed.

2. **Discovery Remaining:**

    The defendants shall supplement their discovery responses and produce to the plaintiffs all "End of day Reports" for its operation and W-2's for all the class members through the close of their business. This production shall be completed within 21 days of this order.

    The Parties will preserve electronic documents in their possession, custody or control that relate to Plaintiffs' claims or Defendants' defenses, including but not limited to all electronic documents or records from third parties created or reviewed by any decision maker in this case that concern Plaintiffs, their claims, their treatment, or Defendants' defenses.

**Error! Unknown document property name.**

The Defendants shall conduct any written or deposition discovery of FLSA opt-in plaintiffs and Rule 23 class representatives on or before February 28, 2026.

3. **Final Lists:** The Court will establish deadlines for the exchange of final witness and exhibit lists at the Pretrial Conference.

4. **Trial:** The parties shall be ready for trial to be scheduled on or after **August 1, 2026**. The trial is expected to take approximately five (5) days. **This is not an actual trial date; this is only the date on which the case will be considered ready for trial**.

5. **Additional Orders:**

    (b) **Pretrial Conference:** Final Pretrial Conference in this case will be scheduled by separate order. All lead counsel for the parties are directed to be personally present.

    Except as expressly modified by the above, the stipulations, limitations, deadlines, and other agreements set forth in the Joint Report of Planning Conference shall apply in this case.

    **DONE** and **ORDERED** this _____ day of _____, 2025.

    _____
    HERMAN N. JOHNSON, JR.
    UNITED STATES MAGISTRATE JUDGE

2

**Error! Unknown document property name.**