FILED
2025 Nov-14 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN CELESKI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 5:22-cv-01600-HNJ |
| TOM BROWN'S RESTAURANT AT MADISON LLC, et al., | ) |
| Defendants. | ) |

## THIRD AMENDED RULE 16 SCHEDULING ORDER

The parties jointly moved for entry of an Amended Scheduling Order. (Doc. 100). The court **GRANTS** the motion.

This order is entered under Federal Rule of Civil Procedure 16(b), based on the parties' report of planning meeting. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Dispositive Motions:** All potentially dispositive motions, including *Daubert* motions, must be filed by **March 31, 2026**.

2. **Discovery:**

    (a) The Defendants shall supplement their discovery responses and produce to the Plaintiffs all "End of Day Reports" for its operation and W-2's for all the class members through the close of their business. This production shall be completed within twenty-one (21) days of the date of this order.

    (b) The parties shall preserve electronic documents in their possession, custody, or control that relate to Plaintiffs' claims or Defendants' defenses, including but not limited to all electronic documents or records from third parties created or reviewed by any decision maker in this case

        that concern Plaintiffs, their claims, their treatment, or Defendants' defenses.

    (c)    Defendants shall conduct any written or deposition discovery of FLSA opt-in Plaintiffs and Rule 23 class representatives on or before February 28, 2026.

3.    **Final Lists:**  The court will establish deadlines for the exchange of final witness and exhibit lists at the pretrial conference.

4.    **Pretrial Conference:**  Final pretrial conference in this case will be scheduled by separate order.  All lead counsel for the parties are directed to be personally present.

5.    **Trial:**  The parties shall be ready for trial to be scheduled on or after August 1, 2026.  The trial is expected to take approximately five (5) days.  **This is not an actual trial date; this is only the date on which the case will be considered ready for trial**.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the Joint Report of Planning Conference shall apply in this case.

**DONE** and **ORDERED** this 14th day of November, 2025.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

2